**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In Re: Subpoena Issued to J. Gerard Stranch, IV, Esq. | § § § § § § § § § § § | No. 3:26-mc-00014<br><br>*Issuing Court*:<br>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA<br>No. 2:24-cv-04221-CFK |

---

**NOTICE OF WITHDRAWAL OF SUBPOENA**

---

Pursuant to Fed. R. Civ. P. 45(d)(3), Subpoenaed Party J. Gerard Stranch, IV, Esq. ("Stranch"), respectfully notifies this Court that the Subpoenaing Party ("Gemini") has withdrawn the subpoena and canceled the deposition at issue.

Mr. Stranch and counsel for Gemini have conferred and agree that the Motion to Quash (ECF 1) is now moot, and request that this action be dismissed.

Dated: August 17, 2026

Respectfully submitted:

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing Notice Of Withdrawal Of Subpoena with the Clerk of Middle District of Tennessee Court using the CM/ECF system, and sent a copy via electronic delivery to the following parties in the underlying case *Dundon, as Trustee of the Endo General Unsecured Creditors' Trust v. ACE Property and Casualty Insurance Company, et al.,* Case No. 2:24-cv-04221-CFK pending in the Eastern District of Pennsylvania:

Johanna Cipau, FL Bar 89319
Johanna.Cipau@clydeco.us
Clyde & Co US, LLP
1221 Brickell Avenue, Ste. 1600
Miami, FL 33131
Tel: 305-446-2646

*Attorneys for Gemini Insurance Co.*

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV